UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-21256-CIV-SEITZ/WHITE

PHILLIPPE FRANKLIN,

        Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-10]. In that Report, Magistrate Judge White recommends that Plaintiff's civil rights complaint pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Plaintiff has not objected, the Report is affirmed and adopted. Accordingly, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-10] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Plaintiff's Complaint [DE-1] is DISMISSED.

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT;

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 24th day of July, 2012.

                PATRICIA A. SEITZ
                UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
        All Counsel of Record